JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CARSON HOTEL, LLC,<br><br>            Defendant. | ) CASE NO. CV 10-07816 MMM (Ex)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   On June 19, 2012, the court entered an order granting defendant's motion for summary judgment. Accordingly,

   IT IS ORDERED AND ADJUDGED

   1.   That plaintiff take nothing by way of its complaint; and

   2.   That the action be, and it hereby is, dismissed.

DATED: June 19, 2012

*Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE