JS - 6

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          CENTRAL DISTRICT OF CALIFORNIA

8

9     GENEVA LEMA,                          )   CASE NO. CV 10-07816 MMM (Ex)
                                            )
10                      Plaintiff,           )
                                            )   JUDGMENT FOR DEFENDANT
11              vs.                          )
                                            )
12    CARSON HOTEL, LLC,                     )
                                            )
13                      Defendant.           )
                                            )
14                                           )
                                            )
15                                           )
                                            )
16    _____  )

17          On June 19, 2012, the court entered an order granting defendant's motion for summary

18    judgment.  Accordingly,

19

20          IT IS ORDERED AND ADJUDGED

21          1.      That plaintiff take nothing by way of its complaint; and

22          2.      That the action be, and it hereby is, dismissed.

23

24    DATED: June 19, 2012

25                                          MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE

26

27

28